[No. 61234-4-I.   Division One.   February 23, 2009.]

GREGORY M. ANDERSON, *Appellant*, v. PEN-LOCK CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-08830-1, Laura C. Inveen, J., entered January 29, 2008. *Reversed* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Appelwick, JJ.

[Nos. 61263-8-I; 61461-4-I.   Division One.   February 23, 2009.]

DAVID DAMKAER ET AL., *Appellants*, v. STEVE CREASEY ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 06-2-11850-1, Gerald L. Knight, J., entered January 16, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Agid, J., concurred in by Becker and Leach, JJ.

[No. 61359-6-I.   Division One.   February 23, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. CONNIE LYNN SOLOWONIUK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09300-8, Laura Gene Middaugh, J., entered February 28, 2008. *Reversed* and *remanded* by unpublished opinion per Agid, J., concurred in by Becker and Leach, JJ.

[No. 61409-6-I.   Division One.   February 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN LARUE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10024-3, Mary E. Roberts, J., entered March 5, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Lau, J.